POLYGRAPHIC COMPANY OF AMERICA, INC., Respondent, v. NATIONAL PROCESS Co., INC., Appellant.— Order entered June 24, 1931, so far as appealed from,

modified by further requiring a bill of particulars with respect to all of paragraphs 11, 13 and 15 of the notice of motion, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The bill of particulars to be served within ten days from service of order. Order entered July 13, 1931, affirmed. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.